**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>OSCAR RAFAEL ZAMUDIO-DURAN,<br>a.k.a. Oscar Zamudio-Duran,<br><br>Defendant - Appellant. | No. 12-10435<br><br>D.C. No. 2:10-cr-01351-NVW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted February 18, 2014[**]

Before:    ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Oscar Rafael Zamudio-Duran appeals from the district court's judgment and

challenges the 108-month sentence imposed following his guilty-plea conviction

for conspiracy to commit money laundering, in violation of 18 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1956(a)(1)(A)(i), (h).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Zamudio-Duran's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Zamudio-Duran the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Zamudio-Duran has waived his right to appeal his sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**